**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND | : | |
| SURETY COMPANY OF AMERICA, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-42 (LAG) |
| | : | |
| RANDY DOWDY FARMS, LLC, | : | |
| | : | |
|     Defendant. | : | |
| | : | |

**<u>ORDER</u>**

Before the Court is Plaintiff Traveler Casualty and Surety Company of America's Motion for Leave to Exceed Page Limitations for Reply Brief and to Deem Filed Reply Brief Sufficient, filed on March 9, 2026. (Doc. 29).

On March 6, 2026, Plaintiff filed its reply brief to the Motion for Summary Judgment. (Doc. 28). On March 9, 2026, the Clerk issued a Notice of Deficiency indicating that the reply brief exceeded the page limitation in Local Rule 7.4. (*See* Docket). That same day, Plaintiff filed the subject Motion. (Doc. 29). Therein, Plaintiff requests to exceed the ten-page limitation for Plaintiff's reply brief and further requests that the Cout deem the already-filed reply brief (Doc. 28) sufficient. (*Id.* at 1). Plaintiff represents that its reply brief "unintentionally exceeded the page limitations by five pages without first requesting leave of Court." (*Id.* ¶ 5). On March 10, 2026, Defendant responded, opposing Plaintiff's request to exceed page limitations. (Doc. 30). Defendant contends that Plaintiff has failed to provide an explanation for why leave was not timely or properly sought and has failed to satisfy the requirement that good cause be shown for exceeding the page limitations. (*Id.* ¶¶ 4, 5). Plaintiff replied on March 17, 2026. (Doc. 31). Plaintiff maintains that it did not deliberately ignore the Court's rules and immediately filed the subject Motion upon

entry of the Notice of Deficiency. (*Id.* at 2). Alternatively, Plaintiff requests the Court consider pages 1–3, 7–12 and 14 as its ten-page filed brief.

Upon review and consideration, Plaintiff's Motion (Doc. 29) is **GRANTED**.

**SO ORDERED**, this 4th day of May, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**